AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MATTHEW SCOTT BAKER, JOSHUA LEONARD MALINOWSKI CLOUGHERTY, SKANDER BOUCHAIR, SAJAD SAFDARI, SHELBY SINES NEAL, RYAN ANTONIO LINDE, PATRICK UN , ETHAN PAUL WALKER | ) ) ) ) | Case No. 1:12MJ308 |
| Defendant(s) | | |

**FILED MAY 3 – 2012**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 21, 2011 to May 3, 2012** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to distribute 2,000 grams or more of methylone, a Schedule I controlled substance |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Courtney Weiner

Complainant's signature
Tucker G. Vanderbunt, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 3, 2012

City and state: Alexandria, Virginia

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

Hon. Theresa Carroll Buchanan
U.S. Magistrate Judge
*Printed name and title*